█ PIONEER CREDIT CORP., Respondent, v. JOHN J. CATALANO et al., Appellants, et al., Defendants.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.